CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
For H'burg
DEC 30 2009

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| EQUITY IN ATHLETICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:07CV00028 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DEPARTMENT OF EDUCATION, et al., | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1.  The defendants' motions to dismiss shall be and hereby are **GRANTED**;

2.  The plaintiff's motion for summary judgment shall be and hereby is **DISMISSED AS MOOT**; and

3.  This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 30th day of December, 2009.

_____
United States District Judge