```
                                          FILED: March 8, 2011

              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT

                  _____

                       No. 10-1259
                   (5:07-cv-00028-gec)

                  _____
```

EQUITY IN ATHLETICS, INCORPORATED

                Plaintiff - Appellant

v.

DEPARTMENT OF EDUCATION; ARNE DUNCAN, Secretary of Education, in his official and individual capacity; SANDRA BATTLE, Acting Assistant Secretary for Civil Rights, in her official and individual capacity; UNITED STATES OF AMERICA; JAMES E. HARTMAN, Vice Rector, James Madison University, in his official and individual capacity; JEFFREY T. BOURNE, Athletics Director, James Madison University, in his official and individual capacity; MARK T. BOWLES, Visitor, James Madison University, in his official and individual capacity; JOSEPH F. DAMICO, Visitor, James Madison University, in his official and individual capacity; RONALD C. DEVINE, Visitor, James Madison University, in his official and individual capacity; LOIS J. FORBES, Visitor, James Madison University, in her official and individual capacity; CHARLES H. FOSTER, JR., Visitor, James Madison University, in his official and individual capacity; JAMES MADISON UNIVERSITY; STEPHEN R. LEEOLOU, Visitor, James Madison University, in his official and individual capacity; WHARTON B. RIVERS, JR., Visitor, James Madison University, in his official and individual capacity; LARRY M. ROGERS, Visitor, James Madison University, in his official and individual capacity; LINWOOD H. ROSE, President, James Madison University, in his official and individual capacity; JUDITH STRICKLER, Visitor, James Madison University, in her official and individual capacity; MEREDITH STROHM GUNTER, Rector, James Madison University, in her official and individual capacity; THE VISITORS OF JAMES MADISON UNIVERSITY; JOHN DOES, 1-200, in their official and/or individual capacity; JOHN DOE, Entities 1-200; VANESSA M. EVANS, Visitor, James Madison University, in her

official and individual capacity; JOSEPH K. FUNKHOUSER, II, Visitor, James Madison University, in his official and individual capacity; ELIZABETH V. LODAL, Visitor, James Madison University, in her official and individual capacity; FRED D. THOMPSON, JR., Visitor, James Madison University, in his official and individual capacity

                Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this Court, the judgment of the District Court is affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

                              /s/ PATRICIA S. CONNOR, CLERK